# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-2150 MIS | UNITED STATES vs. DE LOS SANTOS-MARTINEZ |
|---|---|

**Before The Honorable Gregory J. Fouratt, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | JUNE 18, 2025 | Time In and Out: | Rights: 1:45 – 1:55 p.m.<br>2:35 – 2:53 p.m. (10 mins) |
| Clerk: | CATHY ALVAREZ | Digital Recording: | LCR-SIERRA BLANCA |
| Defendant: | ANDRES DE LOS SANTOS-MARTINEZ | Defendant's Counsel: | VICTORIA TRULL for DARREN ROBINSON |
| AUSA: | JONI STAHL | Interpreter: | ARMIDA HERNANDEZ  ☐ Sworn  ☐ Waived |

☒ Defendant Sworn     ☐ First Appearance

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **INFORMATION**

☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☐ Terms and conditions of proposed plea agreement explained.     ☐ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **INFORMATION**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☒ Defendant to Remain in Custody

☐ Defendant to remain on present conditions of release     ☐ Conditions changed to:

☒ Presentence Report Ordered     ☒ Expedited (Type III)

☐ Other: